UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON BAASE #375509,

    Plaintiff,

v.

                                      Case No: 1:23-cv-1071

UNKNOWN WABER et al.,                       HON. ROBERT J. JONKER

    Defendants.
_____/

**ORDER APPROVING AND ADOPTING MAGISTRATE'S
REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 2, 2025 (ECF No. 26). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 26) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 24) is GRANTED, and that Plaintiff's claims against Unknown Olthoff are dismissed without prejudice.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.


Dated:   July 28, 2025                        /s/ Robert J. Jonker
                                                           ROBERT J. JONKER
                                                            UNITED STATES DISTRICT JUDGE